■ In the Matter of ANDREW PRATT, Appellant, v DONALD SAWYER, Executive Director, Central New York Psychiatric Center, Respondent. [881 NYS2d 349]—Appeal from a judgment (denominated order) of the Supreme Court, Oneida County (Anthony F. Shaheen, J.), entered October 29, 2008 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Hurlbutt, J.P., Martoche, Fahey, Carni and Pine, JJ.